*Activation Notice*
1-800-776-5952

# DRA

5068 W. Plano Parkway #300
Plano, TX  75093-4441

**Reference Number:** 4419A-154201
**Est. Creditor Balances:** $35,000
**Projected Settlement Offers:** $21,700

Leoris Payton
150 Township Road 1202
Chesapeake, OH  45619-8063

Attn: Leoris Payton
Re: Your Renegotiated Credit Card Balance Activation

**Your credit card balance mediation program has not been activated.**
**Please call 1-800-776-5952 no later than: 06/18/2015**

You have an opportunity to activate a debt mediation plan that will reduce
your debt balances to less than what you owe.  You may qualify for one of
our programs with a payment of:

**Est. Program Payment:** $566

We have extended your open enrollment to 06/18/2015.  Please call
1-800-776-5952 to activate your program immediately.

Once your credit card debt has been renegotiated, all three credit bureaus
should be notified by your creditors that your debt has been satisfied and
paid in full for less than the balance owed.

Call The Activation Department at 1-800-776-5952.

Sincerely,

*[signature]*

The Activation Department

Office Hours: 9:00am to 9:00pm EST Monday through Friday
10:00am to 5:00pm EST Saturday

This is a communication from Debt Relief Advocates, LLC.  This is an attempt to facilitate a renegotiation of debts directly with creditors including credit cards and other unsecured loans.  Balances being used above are only estimates.  Debt Relief Advocates, LLC is not a lender, creditor or debt collector.  Information used in this offer was obtained from public sources and any person can opt out by going to: www.mail-opt-out.org.  Not available in all states.



# *DRA*

*Activation 2ⁿᵈ Notice*
1-800-900-6068

5068 W. Plano Parkway #300
Plano, TX  75093-4441

**Reference Number:** 4419B-154201
**Est. Creditor Balances:** $35,000
**Projected Settlement Offers:** $21,700

Leoris Payton
150 Township Road 1202
Chesapeake, OH  45619-8063

᠊᠊ᥜᥜᥜᥜ|||||||||||||||᠊᠊|||||||||||᠊᠊||||||||||᠊᠊|||||

**Attn: Leoris Payton**
**Re: Your Renegotiated Credit Card Balance Activation Reminder**

**You have NOT responded to the activation notice we recently sent you.**
**Please call 1-800-900-6068 no later than: 07/02/2015**

You have an opportunity to activate a debt mediation plan that will reduce
your debt balances to less than what you owe.  You may qualify for one of
our programs with a payment of:

**Est. Program Payment:** $566

We have extended your open enrollment to 07/02/2015.  Please call
1-800-900-6068 to activate your program immediately.

Once your credit card debt has been renegotiated, all three credit bureaus
should be notified by your creditors that your debt has been satisfied and
paid in full for less than the balance owed.

Call The Activation Department at 1-800-900-6068.

Sincerely,

The Activation Department

Office Hours: 9:00am to 9:00pm EST Monday through Friday
10:00am to 5:00pm EST Saturday

This is a communication from Debt Relief Advocates, LLC.  This is an attempt to facilitate a renegotiation of debts directly with creditors including credit cards and other unsecured loans.  Balances being used above are only estimates.  Debt Relief Advocates, LLC is not a lender, creditor or debt collector.  Information used in this offer was obtained from public sources and any person can opt out by going to: www.mail-opt-out.org.  Not available in all states.



5068 W. Plano Parkway #300
Plano, TX 75093-4441

PRSRT STD
US POSTAGE
**PAID**
DALLAS, TX
PERMIT# 3213

## IMPORTANT NOTICE ENCLOSED

WARNING: $2,000 FINE, 5 YEARS IMPRISONMENT, OR BOTH
FOR ANY PERSON INTERFERING OR OBSTRUCTING WITH
DELIVERY OF THIS LETTER, TITLE 18 U.S. CODE SEC. 1702

Leoris Payton
150 Township Road 1202
Chesapeake, OH 45619-8063

---

## *Important Activation Notice*

**1-800-983-3265**

**Reference Number:** 4419C-154201
**Est. Creditor Balances:** $35,000
**Projected Settlement Offers:** $21,700

**Attn: Leoris Payton**
**Re: Your Renegotiated Credit Card Balance Activation Program**

**You have NOT responded to the Activation Notice we recently sent you.**
**Please call 1-800-983-3265 by: 07/16/2015.**

You have an opportunity to activate a debt mediation plan that will reduce
your debt balances to less than what you owe.  You may qualify for one of
our programs with a payment of:

**Est. Program Payment: $566**

This is notice that your open enrollment may not extend beyond 07/16/2015.
Please call 1-800-983-3265 to activate your program as soon as possible.

Once your credit card debt has been renegotiated, all three credit bureaus
should be notified by your creditors that your debt has been satisfied and
paid in full for less than the balance owed.

**Call The Activation Department at 1-800-983-3265.**

Sincerely,

Activation Department

Office Hours: 9:00am to 9:00pm EST Monday through Friday
10:00am to 5:00pm EST Saturday

This is a communication from Debt Relief Advocates, LLC.  This is an attempt to facilitate a renegotiation of debts directly with your creditors including credit cards and other
unsecured loans.  Balances being used above are only estimates.  Debt Relief Advocates, LLC, is not a lender, creditor, or debt collector.  Information used in this offer was
obtained from public sources and any person can opt out by going to: www.mail-opt-out.org.  Not available in all states.



B3211 sfd5 4f53 s4df 5d43 4f